UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ISAAC IMEL AND C.O., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1669- SEB-VSS |
| | ) | |
| CHARLES A. BEARD MEMORIAL | ) | |
| SCHOOL CORPORATION, | ) | |
| Defendant. | ) | |

ORDER GRANTING PRELIMINARY INJUNCTION

Plaintiffs, Isaac Imel and Cody Overbay, having sought a preliminary injunction alleging that their free speech rights under the First Amendment of the United States Constitution were violated by the Defendant school corporation when they were expelled after participating in the creation of a video which surfaced at school appeared in person and by counsel for an evidentiary hearing held this date, December 22, 2006.  At the conclusion of the hearing, findings of fact and conclusions of law were issued orally by the Court from the bench.  Based on these oral rulings, the Charles A. Beard Memorial School Corporation is hereby enjoined from prohibiting Plaintiffs from returning to classes at Knightstown High School and being enrolled in the second semester of the current 2006-2007 school year.  Defendant is also required to allow Plaintiffs to make up any missed school work during their period of expulsion.  They are to be permitted to continue in accordance with this order until such time as this Court may amend it and/or

enter final judgment in this action. IT IS SO ORDERED.

Date: _12/22/2006_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:
Robert M. Kelso
KIGHTLINGER & GRAY
rkelso@k-glaw.com

Nicholas Ward Levi
KIGHTLINGER & GRAY
nlevi@k-glaw.com

Marcia A. Mahony
KIGHTLINGER & GRAY
mmahony@k-glaw.com

Jacquelyn Bowie Suess
ACLU OF INDIANA
jsuess@aclu-in.org

Mark Kevin Sullivan
TABBERT HAHN EARNEST & WEDDLE
msullivan@tabberthahn.com

David Michael Wallman
Market Square Center
151 North Delaware St.
Indianapolis, IN 46204