

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | | |
|---|---|---|
| ISAAC IMEL, C. O., and Ch. O., | ) | 04/27/2007 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:06-cv-1669-SEB-VSS |
| | ) | |
| CHARLES A. BEARD MEMORIAL | ) | |
| SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Isaac Imel, C. O., and Ch. O., by counsel, and comes also the

Defendant, Charles A. Beard Memorial School Corporation, by counsel, and hereby stipulate that the

above-entitled cause of action be **DISMISSED,** with prejudice, costs paid.

**ACLU OF INDIANA**

**TABBERT HAHN EARNEST
& WEDDLE**

By    s/Jacquelyn Bowie Suess
   Jacquelyn Bowie Suess
   1031 East Washington Street
   Indianapolis, IN 46202

   *Attorney for Plaintiffs, Isaac Imel
   and Ch. O.*

By    s/Mark K. Sullivan
   Mark K. Sullivan
   One Indiana Square, Suite 1900
   Indianapolis, IN 46204

   *Attorney for Plaintiff, C. O.*

**KIGHTLINGER & GRAY, LLP**

By    s/Marcia A. Mahony
   Marcia A. Mahony
   151 North Delaware Street, Suite 600
   Indianapolis, IN 46204

   *Attorney for Defendant, Charles A. Beard
   Memorial School Corporation*

061422 / 399191-1